```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 10703
   LEE N WARD
   DANITA WARD                                  CHAPTER 13

                                                JUDGE: A BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-7452    SSN XXX-XX-8395

-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 03/17/2004 and was confirmed 05/25/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  16.51%.

     The case was paid in full 02/28/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
-------------------------------------------------------------------------------
OAK BROOK BANK             SECURED          2337.06         .00        2337.06
OAK BROOK BANK             NOTICE ONLY    NOT FILED         .00            .00
US BANK NA                 CURRENT MORTG       .00          .00            .00
US BANK NA                 MORTGAGE ARRE   9791.07          .00        9791.07
INTERNAL REVENUE SERVICE   PRIORITY        2777.98          .00        2777.98
ECAST SETTLEMENT CORP      UNSECURED       1968.21          .00         324.87
OFFICE MAX                 UNSECURED     NOT FILED          .00            .00
AT & T BANKRUPCTY          UNSECURED OTH   325.84           .00          53.70
SILKIES                    UNSECURED     NOT FILED          .00            .00
SOUND & SPIRIT             UNSECURED     NOT FILED          .00            .00
ELAN/FIRSTAR CARD SERVIC   UNSECURED      11540.12          .00        1904.81
US BANK                    UNSECURED     NOT FILED          .00            .00
NATIONAL PAYMENT CENTER    UNSECURED       8670.44          .00        1431.14
US BANK NA                 COST OF COLLE    550.00          .00         550.00
INTERNAL REVENUE SERVICE   UNSECURED        113.14          .00          18.67
ILLINOIS DEPT OF REVENUE   FILED LATE       373.25          .00            .00
ILLINOIS DEPT OF REVENUE   FILED LATE        99.00          .00            .00
DEAN D PAOLUCCI            DEBTOR ATTY    2,200.00                     2,200.00
TOM VAUGHN                 TRUSTEE                                     1,242.71
DEBTOR REFUND              REFUND                                          9.99

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                22,642.00

PRIORITY                                         2,777.98
SECURED                                         12,678.13
UNSECURED                                        3,733.19
ADMINISTRATIVE                                   2,200.00
TRUSTEE COMPENSATION                             1,242.71

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 10703 LEE N WARD & DANITA WARD
```

```
DEBTOR REFUND                                                   9.99
                                         ---------------  ---------------
TOTALS                                         22,642.00       22,642.00
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                         /s/ Tom Vaughn
  Dated: 05/28/08                        _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE
```